No. 1652. Barquet Hermanos, Apelados, v. Lazalde, Apelante.—Memorándum de costas. Ponce. Marzo 31, 1917. *Desestimada la apelación por falta de transcripción.*

No. 1654. Ruiz, Apelada, v. Rosaly, Apelante.—Filiación. Ponce. Marzo 31, 1917. *Desestimada la apelación por falta de transcripción.*

No. 1653. Rodríguez, Apelada, v. Rosaly, Apelante.—Filiación. Ponce. Marzo 31, 1917. *Desestimada la apelación por falta de transcripción.*

No. 1656. Negrón & Hernández, Apelada, v. H. C. Christianson & Cía., Apelantes.—Rescisión y daños y perjuicios. Ponce. Abril 2, 1917. *Desestimada la apelación por falta de transcripción.*

No. 1139. El Pueblo, Apelado, v. Figueroa et al., Apelantes.—Motín. San Juan, Sección 2ª. Abril 2, 1917. *Confirmada la sentencia.*

No. 1632. Lecler, Apelante, v. Pérez, Apelado.—Nuevo juicio. Mayagüez. Abril 10, 1917. *Desestimada la apelación por no ser apelable una providencia concediendo o denegando un nuevo juicio.*

No. 1631. Sucesión Padró et al., Apelantes, v. Sanmillán et al., Apelados. — *Injunction.* Arecibo. Abril 10, 1917. *Desestimada la apelación por falta de alegato.*

No. 1660. Camacho, Apelado, v. Dávila et al., Apelantes.—Información de dominio. Arecibo. Abril 12, 1917. *Desestimada la apelación, por falta de transcripción.*